SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 NOV 15 AM 11: 16

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR355 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2252A(a)(5)(B) |
| DONALD BLEVINS, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

Between on or about January 14, 2016 and on or about July 18, 2017, in the District of Nebraska and elsewhere, DONALD BLEVINS, the defendant, did knowingly access with intent to view, a computer disk and any other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL



1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
MICHAEL P. NORRIS
Assistant U.S. Attorney

*[signature]*
KAYLYNN N. SHOOP
Trial Attorney